UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Krafterfer Jay Lawrence            Docket No. 5:08-CR-29-1F

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Krafterfer Jay Lawrence, who, upon an earlier plea of guilty to Possession With the Intent to Distribute More Than 50 Grams of Cocaine Base and More Than 5 Grams of Heroin, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on July 9, 2008, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Krafterfer Jay Lawrence was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has indicated that he would like individual counseling to address some personal matters and he has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Amir A. Hunter
Amir A. Hunter
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: June 7, 2016

### ORDER OF THE COURT

Considered and ordered this ___7___ day of ___June___, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge