## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Krafterfer Jay Lawrence**　　　　　　　　　　　　　　　　　**Docket No. 5:08-CR-29-1BO**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Krafterfer Jay Lawrence, who, upon an earlier plea of guilty to Possession with Intent to Distribute More Than 50 Grams of Cocaine Base and More Than 5 Grams of Heroin; Possession of a Firearm in Furtherance of Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on July 9, 2008, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Krafterfer Jay Lawrence was released from custody on October 30, 2015, at which time the term of supervised release commenced.

On January 10, 2017, the court was notified about the defendant's use of a controlled substance (marijuana). The defendant was referred for substance abuse assessment and treatment.

On May 6, 2017, the court was notified that the defendant had been charged with Misd. Larceny (17CR208298) in Wake County. Supervision was continued, and the state case was dismissed.

On September 20, 2017, the court was notified about the defendant's use of a controlled substance (marijuana). The defendant was referred back to substance abuse treatment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 12, 2018 the defendant submitted a drug screen that was positive for marijuana. The probation office has referred the defendant back to treatment and as a sanction for continued use is recommending 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Krafterfer Jay Lawrence
Docket No. 5:08-CR-29-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: December 23, 2018 |

## ORDER OF THE COURT

Considered and ordered this __26__ day of __December__, 2018, and ordered filed and made a part of the records in the above case.

T. Boyle
Terrence W. Boyle
Chief United States District Judge